UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:22-CV-10198-GAO

|  |  |
|---|---|
| ELAINE RABINOW,<br>(a/k/a Lainey Rabinow)<br><br>    Plaintiff<br><br>v.<br><br>RSM US, LLP, ELENA VER PLANCK,<br>DILIA TEIXEIRA, KALEIGH CONLEY,<br>MICHELLE BURKE, AND<br>THOMAS DIMINO<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned Parties hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action, with prejudice, with all rights of appeal waived, and with each party bearing its own costs and attorneys' fees. "Party" or "Parties" as used herein means Plaintiff Elaine Rabinow ("Rabinow") and Defendants RSM US, LLP, Dilia Teixeira, Kaleigh Conley, Michelle Burke, and Thomas Dimino ("Defendants") as represented by their respective counsel.

Respectfully submitted,

| | |
|---|---|
| Plaintiff Elaine Rabinow, | Defendants RSM US, LLP, Dilia Teixeira, Kaleigh Conley, Michelle Burke, and Thomas Dimino, |
| By her attorney, | By their attorneys, |
| *Helen G. Litsas* | *Diane M. Saunders* |
| Helen G. Litsas (BBO# 644848) | Diane M Saunders (BBO# 562872) |
| helen@litsaslaw.com | diane.saunders@ogletree.com |
| Law Office of Helen G. Litsas | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 22 Mill Street, Suite 408 | One Boston Place, Suite 3500 |
| Arlington, MA 02476 | Boston, MA 02108 |
| (781) 646-1518 | (617) 994-5700 |

Dated: October 6, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, a true copy of the above document was served upon counsel of record in this matter through the Court's electronic filing system.

*/s/ Diane M. Saunders*
Diane M. Saunders